UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>LORIANNE BLACK,<br><br>   Defendant. | 3:08-CR-087-LRH-WGC |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#52) on January 11, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: YOLANDA K MANNING
Amount of Restitution: $5,195.42

Payment is Joint and Several with oo-defendant Trevor Black.

**Total Amount of Restitution ordered:** $5,195.42

Dated this 10th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE